IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 13-30099-GPM |
| DAVID M. HIGHTOWER, | ) |
| Defendant. | ) |

# ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

Defendant **DAVID M. HIGHTOWER** pleaded guilty to Count 1 of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **11/4/2013 at 9:00 AM at the East St. Louis, Illinois Courthouse**.

**IT IS SO ORDERED.**

DATED: 8/16/2013

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge